

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.

                **Plaintiff,**

V.

See Attachment

                **Defendant.**

Civil Action No. 16cv0950-LAB-WVG

**DEFAULT JUDGMENT
IN A CIVIL CASE**

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that judgment be entered against Defendants and in favor of J & J Sports Productions, Inc. as follows:
a. For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(i)(II): $ 3,000.00
b. For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(ii): $ 9,000.00
c. For the Tort of Conversion: $ 3,000.00
Total: $ 15,000.00

Date: 6/15/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ L. Fincher

L. Fincher, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 16cv0950-LAB-WVG

Ramon T. Gallegos, individually, also known as Ramon Gallegos Tello doing business as Gallegos Mexican Food; Gallegos Family, Inc. an unknown business entity, doing business as Gallegos Mexican Food